[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 17-10707
Non-Argument Calendar

_____

D.C. Docket No. 8:11-cr-00048-VMC-AAS-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUAN ALBERTO ORTIZ-LOPEZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(July 13, 2017)

Before HULL, WILSON and JULIE CARNES Circuit Judges.

PER CURIAM:

The government's motion to dismiss this appeal pursuant to the appeal

waiver in Appellant's plea agreement is GRANTED.  *See United States v. Bushert*,

997 F.2d 1343, 1350-51 (11th Cir. 1993) (holding that a sentence appeal waiver

will be enforced if it was made knowingly and voluntarily); *United States v. Bascomb*, 451 F.3d 1292, 1297 (11th Cir. 2006) (holding that a defendant may knowingly and voluntarily waive his right to appeal both constitutional and non-constitutional issues).